

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 11-CR-6021 (CJS) |
| v. | ) | |
| | ) | |
| KARL KLEBER | ) | |

### AFFIDAVIT

KARL KLEBER, being duly sworn, deposes and says:

1. I am the defendant in the above-captioned case. I am a citizen of Germany.

2. On July 2, 2010, I was charged in the above-captioned case. I am appearing before this Honorable Court for a bail hearing in this matter.

3. I hereby voluntarily and irrevocably waive any rights I have to contest extradition from Germany to the United States in relation to the charges set out in the Criminal Complaint in this case.

4. In the event that I do not return to the United States as required, I hereby consent to my extradition to the United States from Germany, agree to waive any and all rights I may have to contest my extradition to the United States from Germany, and specifically agree to consent in writing to a "simplified extradition" as provided for in Article 18 of the Treaty between The United States of America and the Federal Republic of Germany Concerning Extradition. *32 U.S.T. 1485.*

5. I make these admissions solely with regard to the issue of extradition and in order to help effectuate my release on bond while these charges are pending.

2

6. I make this waiver freely and voluntarily after having consulted with my attorney and being advised by my attorney of my rights under Title 18, United States Code, section 3181, *et seq*, and the Treaty between The United States of America and the Federal Republic of Germany Concerning Extradition.

FURTHER AFFIANT SAYETH NOT

_____
KARL KLEBER

SUBSCRIBED AND SWORN TO BEFORE ME
this 11 of February 2011

_____
UNITED STATES MAGISTRATE JUDGE